IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01410-WYD-CBS

MALCOLM A. HALL,

    Plaintiff,

v.

WAL-MART,

    Defendant.

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge filed December 18, 2009 [d/e 7]. This matter was referred to Magistrate Judge Craig B. Shaffer by Order of Reference dated June 24, 2009.

Magistrate Judge Shaffer recommends that this civil action be dismissed without prejudice for Plaintiff Malcolm Hall's failure to appear at the Scheduling Conference held on December 14, 2009, failure to timely serve the Defendant, failure to comply with the court's orders, the Local Rules of Practice of the United States District Court for the District of Colorado, and the Federal Rules of Civil Procedure, and failure to prosecute this civil action. Magistrate Judge Shaffer also advised Plaintiff that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Rec., p. 6 [d/e 7]. Despite this advisement, no objections were filed to the Magistrate

Judge's Recommendation.  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* FED. R. CIV. P. 72(b), Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I agree with Magistrate Judge Shaffer that this matter should be dismissed without prejudice for the reasons stated in the Recommendation.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated December 18, 2009, is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

FURTHER ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 7, 2010

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a *de novo* review, FED. R. CIV. P. 72(b).